IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAVARUS MARTIN                                                                                                PLAINTIFF

v.                                          Case No. 6:22-cv-06079

WARDEN JARED BYERS, et al.

                                                                                                                                                       DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed on February 3, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24.

Judge Ford recommends dismissing Plaintiff's Amended Complaint (ECF No. 10) without prejudice. Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Amended Complaint (ECF No. 10) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of March, 2023.

                                                                                                              /s/ Susan O. Hickey
                                                                                                              Susan O. Hickey
                                                                                                              Chief United States District Judge